# State of Louisiana
## Secretary of State

10/05/2016

Legal Services Section
P.O. Box 94125, Baton Rouge, LA 70804-9125
(225) 922-0415

CENTAURI SPECIALTY INSURANCE COMPANY
C/O BROOKE ADLER, ESQ.
5391 LAKEWOOD RANCH BLVD., STE. 303
SARASOTA, FL 34240

Suit No.: 201613991
22ND JUDICIAL DISTRICT COURT
SAINT TAMMANY PARISH

DEBORAH AND ROBERT CARRUTH
vs
CENTAURI SPECIALTY INSURANCE COMPANY

Dear Sir/Madam:

I am enclosing citation served in regard to the above entitled proceeding. Please call the attorney that filed this document if you have any questions regarding this proceeding. If you received this document in error, please return it to the above address with a letter of explanation.

Yours very truly,

TOM SCHEDLER
Secretary of State

Served on: TOM SCHEDLER
Served by: E CUMMINS

Date: 10/04/2016
Title: DEPUTY SHERIFF

No: 1016749



SR


SERVE

| | |
|---|---|
| **DEBORAH AND ROBERT CARRUTH** | **22nd Judicial District Court** |
| VS:   2016-13991 H | **Parish of St. Tammany** |
| **CENTAURI SPECIALTY INSURANCE COMPANY** | **State of Louisiana** |

**TO THE DEFENDANT**   CENTAURI SPECIALTY INSURANCE COMPANY

THROUGH ITS AGENT FOR SERVICE OF PROCESS, LOUISIANA SECRETARY OF

STATE, 8585 ARCHIVES AVENUE, BATON ROUGE, LA 70809

**You are hereby summoned to comply** with the demand contained in the petition of which a true and correct copy (exclusive of exhibits) accompanies this citation, or make an appearance, either by filing an answer or other pleading, before the 22nd Judicial District Court, at the Justice Center, 701 N. Columbia Street, Covington, LA, in and for the Parish of St. Tammany, State of Louisiana, within **FIFTEEN (15)** days after the service hereof, under penalty of default judgment against you.

By order of the Honorable Judges of said Court this   23RD   day of   SEPTEMBER  , 2016.

SERVED ON
TOM SCHEDLER
OCT 0 4 2016
SECRETARY OF STATE
COMMERCIAL DIVISION

*Melissa R. Henry*, Clerk of Court

BY:   S/CONNIE GENNARO
Connie Gennaro           Deputy Clerk

Issued: 9/27/16

Attorney: (P) or (D)
JOHN M. ROBIN   P1
600 COVINGTON CENTER
COVINGTON, LA 70433

A TRUE COPY
*Connie Gennaro*
DY. CLERK 22nd JUD. DIST. COURT
ST. TAMMANY PARISH, LA

Received on _____, 2016, and on _____, 2016,

I served a true copy of the within _____,

on _____ in person,

at domicile with _____

in _____ Parish, a distance of _____ miles from the Justice Center.

_____ Deputy Sheriff

Parish of _____

101 - 15 day regular Citation
Rev 7/16

## 22ND JUDICIAL DISTRICT COURT FOR THE PARISH OF ST. TAMMANY

## STATE OF LOUISIANA

NO. 2016-13991　　　　　　　　　　　　　　DIVISION " " H

### DEBORAH AND ROBERT CARRUTH

### VERSUS

### CENTAURI SPECIALITY INSURANCE COMPANY

FILED: SEP 23 2016　　　　　　　　　　　　S/CONNIE GENNARO

**DEPUTY CLERK**

### PETITION FOR DAMAGES

**NOW INTO COURT**, through undersigned counsel, come Deborah and Robert Carruth, who suggest to the Court that:

1.

Made defendant herein is:

a.　Centauri Specialty Insurance Company ("Centauri"), a foreign insurance company authorized to do and doing business in the State of Louisiana.

2.

On or about November 6, 2015, Centauri had in force a policy of insurance (policy no. HLA5501592) insuring Deborah Carruth and Robert Carruth for damage to their home located at 810 Old Landing Road, Covington, Louisiana 70433.

3.

This policy was intended to cover any and all damage to the property at said location.

4.

As a result of covered losses to their home, plaintiffs were forced from their home until repairs could be made to the affected areas of the home, which resulted in additional expense. A claim was made with Centauri through its representative.

5.

Receipts and invoices evidencing the amount of the covered losses to the home were provided to Centauri with clear and uncontradicted evidence of damages sustained by plaintiffs herein. Petitioners are claiming payment from Centauri for all covered losses.

6.

Notwithstanding the foregoing, defendant has denied coverage to the petitioners and has not paid anything for their covered losses. In failing to make payments that are uncontested in fact and law, Centauri is obligated to plaintiffs for any and all damages to plaintiffs herein, along with attorneys fees and penalties, and consequential damages for intentional infliction of emotional distress, as per LRS 22:1973 and LRS 22:1892.

7.

Notwithstanding access to all of plaintiffs' bills, Centauri has failed to make a sufficient tender of benefits under the policy as required by law. Accordingly, plaintiffs are making a claim against Centauri for their actual losses, as well as damages, penalties, and attorney's fees as set forth in LRS 22:1973, as well as LRS 22:1892. Plaintiffs aver that this defendant has violated its obligations imposed on it by LRS 22:1973 and LRS 22:1892.

WHEREFORE, petitioners, Deborah and Robert Carruth, pray that defendant, Centauri Specialty Insurance Company, be served with a copy of this petition; that they be cited to appear and answer same, and, after legal delays and due proceedings, there be judgment herein in favor of Deborah and Robert Carruth and against defendant, Centauri Specialty Insurance Company in an amount to be determined by this Honorable Court, together with legal interest therein from date of judicial demand, until paid, for attorney's fees and penalties, and for all costs of these proceedings.

And for all general and equitable relief as the law may allow.

Respectfully submitted by:

*[signature]*

JOHN M. ROBIN, LA. BAR NO. 11341
600 COVINGTON CENTER
COVINGTON, LOUISIANA 70433
TELEPHONE: 985. 893.0370
FAX: 985.893.2511
**johnmrobin@johnmrobinlaw.com**

**PLEASE SERVE:**

Centauri Specialty Insurance Company
Through Its Agent for Services of Process
Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, LA 70809

*A TRUE COPY*
*[signature]*
DY. CLERK 22nd JUD. DIST. COURT
ST. TAMMANY PARISH, LA

3

**22ND JUDICIAL DISTRICT COURT FOR THE PARISH OF ST. TAMMANY**

**STATE OF LOUISIANA**

NO. 2016-13991   DIVISION " " H

**DEBORAH AND ROBERT CARRUTH**

**VERSUS**

**CENTAURI SPECIALITY INSURANCE COMPANY**

FILED: SEP 23 2016

S/CONNIE GENNARO

**DEPUTY CLERK**

**VERIFICATION**

**STATE OF LOUISIANA**

**PARISH OF ST. TAMMANY**

**BEFORE ME,** the undersigned Notary Public, duly commissioned, qualified and acting in and for the Parish of St. Tammany, State of Louisiana, therein residing, personally came and appeared:

**ROBERT CARRUTH**

who, after being duly sworn, did depose and state that he is the plaintiff in the above entitled matter and he certifies that all of information contained in the Petition is true and correct to the best of his knowledge, information and belief. The allegations are true and correct and I have instructed my attorney, John M. Robin, to file the suit.

ROBERT CARRUTH

Sworn to and subscribed
before me, Notary,
this 21st day of September, 2016.

A TRUE COPY

DY. CLERK 22nd JUD. DIST. COURT
ST. TAMMANY PARISH, LA

**NOTARY PUBLIC**

**RETURN**

| | |
|---|---|
| DEBORAH AND ROBERT CARRUTH | 22nd Judicial District Court |
| VS:  2016-13991 H | Parish of St. Tammany |
| CENTAURI SPECIALTY INSURANCE COMPANY | State of Louisiana |

RECEIVED OCT 03 2016 E.B.R. SHERIFF'S OFFICE

TO THE DEFENDANT    CENTAURI SPECIALTY INSURANCE COMPANY

THROUGH ITS AGENT FOR SERVICE OF PROCESS, LOUISIANA SECRETARY OF

STATE, 8585 ARCHIVES AVENUE, BATON ROUGE, LA 70809

**You are hereby summoned to comply** with the demand contained in the petition of which a true and correct copy (exclusive of exhibits) accompanies this citation, or make an appearance, either by filing an answer or other pleading, before the 22nd Judicial District Court, at the Justice Center, 701 N. Columbia Street, Covington, LA, in and for the Parish of St. Tammany, State of Louisiana, within **FIFTEEN (15)** days after the service hereof, under penalty of default judgment against you.

By order of the Honorable Judges of said Court this   23RD   day of   SEPTEMBER  , 2016.

*Melissa R. Henry*, Clerk of Court

BY: _Connie Gennaro_   Deputy Clerk

Issued: 9/27/16

Attorney: (P) or (D)
JOHN M. ROBIN    P1
600 COVINGTON CENTER
COVINGTON, LA 70433

Received on _____, 2016, and on _____, 2016,
I served a true copy of the within _____
on _____
at domicile with _____
in _____ Parish, a distance of _____ miles from the Justice Center.

I made service on the named party through Office of the Secretary of State on OCT 04 2016 by tendering a copy of this document to ANGIE GILL
DY. E. CUMMINS #1155
Deputy Sheriff, Parish of East Baton Rouge

_____ Deputy Sheriff
Parish of _____

FILED OCT 17 2016
MELISSA R. HENRY, CLERK   Deputy _Sandra Burns_

10hr 15-day regular Citation
Rev 7/16